IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,                                Criminal No. 14-0180
                                                      ELECTRONICALLY FILED

      v.

ELIONARDO JUAREZ-ESCOBAR,

        Defendant.

### ORDER OF COURT

AND NOW, this 24th day of November 2014, in light of the recently issued Executive Action concerning Immigration, the Court hereby orders that the parties and any interested *amicus* submit briefs, not to exceed twenty (20) pages in length, addressing the following issues:

1. Does the Executive Action announced by President Obama on November 20, 2014, apply to this Defendant?

        A. If yes, please provide the factual basis and legal reasoning.

        B. If no, please provide the factual basis and legal reasoning.

2. Are there any Constitutional and/or statutory considerations that this Court needs to address as to this Defendant? If so, what are those Constitutional and/or statutory considerations, and how should the Court resolve these issues?

These briefs shall be filed on or before noon on December 5, 2014. Any party that wishes to respond to an opposing party's brief may file a responsive brief, not to exceed ten (10) pages in length, on or before noon on December 11, 2014.

                                                                Arthur J. Schwab
                                                                United States District Judge

cc:    All Registered ECF Counsel and Parties