# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                v.

Elionardo Juarez-Escobar

Defendant

Criminal No. 14-180

(filed electronically)

## Motion for Appointment of Counsel

AND NOW comes Defendant, by his Attorney, Alonzo Burney, Esq., and respectfully sets forth the following:

1. Herein counsel was appointed to represent the defendant on August 4, 2014.
2. In light of Document 26 filed on November 24, 2014, herein counsel has need of expert assistance in immigration law to file such a brief and continue competent representation of the defendant.
3. Herein counsel does not possess the necessary background in immigration law to file the brief in accordance with Document 26.

WHEREFORE, the defense requests this Honorable Court to appoint an attorney with a specialty in immigration law to assist the defense of the herein case.

Respectfully Submitted,

_____/s/ Alonzo Burney_____

Alonzo Burney, ESQ

Attorney For Defendant