```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA

      v.                              Criminal No. 14-180

ELIONARDO JUAREZ-ESCOBAR

ORDER

AND NOW this \_\_\_\_\_ day of _____, 20\_\_\_\_, upon consideration of the Government's Motion to Extend Time to File a Motion for Reconsideration, filed in the above-captioned case,

IT IS HEREBY ORDERED that said Motion is GRANTED. It is further ORDERED that the government may file a Motion for Reconsideration of this Court's Opinion and Order dated December 16, 2014, consolidated with its response to any notice filed by the defendant in accordance with the Order of Court, on or before **January 12, 2015.**

                                            _____, J.